# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 30, 2020

162130 & (4)

BRUCE MORROW,
      Plaintiff,

v                                                                SC: 162130

JUDICIAL TENURE COMMISSION,
      Defendant.

_____/

Bridget M. McCormack,
*Chief Justice*

David F. Viviano,
*Chief Justice Pro Tem*

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
*Justices*

On order of the Court, the motion for immediate consideration is GRANTED. The complaint for superintending control is considered, and relief is DENIED, because the Court is not persuaded that it should grant the requested relief.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 30, 2020



a1027

Clerk